UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARNOLD JONES,<br>Plaintiff, | : <br> : <br> : | CIVIL CASE NO.<br>3:01CV1351(SRU) |
| VS. | : <br> : | |
| SANTA FUEL, INC.,<br>Defendant. | : <br> : | OCTOBER 14, 2003 |

### STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ARNOLD JONES, and Defendant, SANTA FUEL, INC., that the within action shall be, and the same hereby is, dismissed against Defendant, SANTA FUEL, INC., in its entirety and with prejudice and without costs and attorneys' fees to either party.

Willinger, Willinger & Bucci, P.C.      Durant, Nichols, Houston, Hodgson
Attorney for Plaintiff                            & Cortese-Costa, P.C.
Arnold Jones                                       Attorney for Defendant
                                                          Santa Fuel, Incorporated

By: _____      By: _____
     Thomas W. Bucci                                Christopher M. Hodgson
     Federal Bar #ct07805                          Federal Bar #ct00574

Dated: 10-14-2003                               Dated: 10/28/03

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 28th day of October, 2003 to all counsel and pro se parties as follows:

>Thomas W. Bucci, Esq.
>Willinger, Willinger & Bucci, P.C.
>855 Main Street
>Bridgeport, CT  06604

_____
Christopher M. Hodgson

P:\lit\pcr\766000\018\00029302.DOC