# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARNOLD JONES,<br>Plaintiff, | CIVIL CASE NO.<br>3:01CV1351(SRU) |
| VS. | |
| SANTA FUEL, INC.,<br>Defendant. | OCTOBER 14, 2003 |

### STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ARNOLD JONES, and Defendant, SANTA FUEL, INC., that the within action shall be, and the same hereby is, dismissed against Defendant, SANTA FUEL, INC., in its entirety and with prejudice and without costs and attorneys' fees to either party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C.<br>Attorney for Plaintiff<br>Arnold Jones | Durant, Nichols, Houston, Hodgson<br>& Cortese-Costa, P.C.<br>Attorney for Defendant<br>Santa Fuel, Incorporated |
| By: _____<br>Thomas W. Bucci<br>Federal Bar #ct07805 | By: _____<br>Christopher M. Hodgson<br>Federal Bar #ct00574 |
| Dated: 10-14-2003 | Dated: 10/28/03 |

APPROVED. The case is hereby dismissed, with prejudice and without costs, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge
11/10/03